UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

HENRY J. PRIMERANO,

               Plaintiff,

  -vs-                                            **DEMAND FOR JURY TRIAL**

COLIN W. NEVILLE,
                                                      Civ. No.:

               Defendant.

---

TO:    UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF NEW YORK

        PLEASE TAKE NOTICE that pursuant to Rule 38(b) of the Federal Rules of Civil Procedure defendant, Colin W. Neville, by and through his attorneys, Hurwitz & Fine, P.C., hereby demands a jury trial in the above-entitled action in the United States District Court for the Western District of New York.

DATED:    Buffalo, New York
                March 12, 2007

                                        HURWITZ & FINE, P.C.

                                        *[signature]*
                                        Jody E. Briandi, Esq.
                                        *Attorneys for Defendant,*
                                        *Colin W. Neville*
                                        1300 Liberty Building
                                        Buffalo, New York 14202
                                        (716) 849-8900

TO:    Michael J. Skooney, Esq.
        VIOLA, CUMMINGS & LINDSAY, LLP
        *Attorneys for Plaintiff,*
        *Henry J. Primerano*
        770 Main Street
        P.O. Box 948
        Niagara Falls, New York 14302-0948
        (716) 285-9555

## CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of March, 2007, served a copy of the foregoing Demand for Jury Trial upon the individual indicated below by mailing a copy of same, in a postpaid envelope to the following:

Michael J. Skooney, Esq.
VIOLA, CUMMINGS & LINDSAY, LLP
770 Main Street
P.O. Box 948
Niagara Falls, New York 14302-0948

*[signature]*

Jody E. Briandi, Esq.

HURWITZ & FINE, P. C.
1300 LIBERTY BUILDING
BUFFALO, NY 14202