UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

HENRY J. PRIMERANO,

                Plaintiff,

vs

COLIN W. NEVILLE,

                Defendant.

**STIPULATION OF DAMAGES**

Civ. No.:  07 CV 0151 C(HBS)

---

IT IS HEREBY STIPULATED AND AGREED, that, in exchange for Defendant not opposing Plaintiff's motion to remand action to State Court, Plaintiff shall not seek damages in the above matter in excess of Seventy Thousand and 00/100 ($70,000.00) Dollars, regardless of whether the case is resolved through Arbitration or Trial.

IT IS FURTHER STIPULATED AND AGREED, that the total amount of damages in this case will be capped at Seventy Thousand and 00/100 ($70,000.00) Dollars. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Buffalo, New York
       June 19, 2007

VIOLA, CUMMINGS & LINDSAY, LLP

_/s/ Michael J. Skoney_
Michael J. Skoney, Esq.
*Attorneys for Plaintiff*
770 Main Street
P.O. Box 948
Niagara Falls, New York 14302-0948
(716) 285-9555

GRANTED:

6/25/07

HURWITZ & FINE, P.C.

_/s/ Jody E. Briandi_
Jody E. Briandi, Esq.
*Attorneys for Defendant*
1300 Liberty Building
Buffalo, New York 14202
(716) 849-8900

_/s/ John T. Curtin_
~~Hon. Hugh B. Scott, USMJ~~
Hon. John T. Curtin
Senior U.S. District Judge